1  PHILLIP A. TALBERT
   United States Attorney
2  CHAN HEE CHU
   Assistant United States Attorney
3  MISDEMEANOR UNIT
   2500 Tulare Street, Suite 4401
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

6  Attorneys for Plaintiff
   UNITED STATES OF AMERICA
7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,           | Case No. 5:23-po-00353-CDB
12 |                  Plaintiff,         | [Citation #E1281040, CA10]
13 | v.                                  |
14 | RYAN F. ANGELES,                    | MOTION AND ORDER FOR DISMISSAL
15 |                  Defendant.         |
16

17

18     The United States of America, by and through Phillip A. Talbert, United States Attorney, and

19 Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:23-po-00353-

20 CDB [Citation #E1281040, CA10] against RYAN F. ANGELES, without prejudice, in the interest of

21 justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

22

23 DATED: November 30, 2023                    Respectfully submitted,

24                                             PHILLIP A. TALBERT
                                               United States Attorney
25
                                       By:     /s/ *Chan Hee Chu*
26                                             CHAN HEE CHU
                                               Assistant United States Attorney
27

28
                                        1
                                                              USA v. Angeles
                                                              Case No. 5:23-po-00353-CDB

# **O R D E R**

IT IS HEREBY ORDERED, on the motion of the United States of America, that Case No. 5:23-po-00353-CDB [Citation #E1281040, CA10] against RYAN F. ANGELES be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **December 1, 2023**                    _____
                                                  UNITED STATES MAGISTRATE JUDGE